# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

EVELYN MARTINEZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 6:24-cv-806-CEM-RMN

## REPORT AND RECOMMENDATION

This matter has been referred to me to conduct a preliminary pretrial conference. Dkt. 14. I held a preliminary pretrial conference with the parties in person on August 15, 2024 ("Conference"). Dkt. 18. Based on my discussion with the parties, I recommend that the Court enter a Case Management and Scheduling Order that sets the deadlines indicated in the Case Management Report (Dkt. 13).[1]

Further, in pursuing this action, the Court recommends that Plaintiff consider consulting resources available for litigants without lawyers. Plaintiff may visit the Court's website (www.flmd.uscourts.gov) for resources for

---

[1] If the parties have no objections, then they may file a notice to that effect. If they do so the Court may act without waiting for the expiration of the 14-day objection period.

unrepresented litigants, including a *Guide for Proceeding Without a Lawyer*. Plaintiff may also get a copy of the *Guide* at the clerk's office. In addition, the Orlando Chapter of the Federal Bar Association operates a Legal Information Program that affords litigants proceeding in federal court without lawyers an opportunity to meet with lawyers to ask general questions about procedures governing cases in federal court. More information, including instructions about how to schedule an appointment, is available on the Court's website at https://www.flmd.uscourts.gov/legal-information-program.

## NOTICE TO PARTIES

"Within 14 days after being served with a copy of [a report and recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id*. A party's failure to serve and file specific objections to the proposed findings and recommendations alters review by the district judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1.

**Entered** in Orlando, Florida, on August 15, 2024.

_____
ROBERT M. NORWAY
United States Magistrate Judge

Copies to:

Hon. Carlos E. Mendoza

Counsel of Record

Evelyn Martinez
P.O. Box 581290
Kissimmee, Florida 34758