UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**EVELYN MARTINEZ,**

        **Plaintiff,**

v.                                          Case No.  6:24-cv-806-CEM-RMN

**UNITED STATES OF AMERICA,**

        **Defendant.**

_____/

**ORDER**

      THIS CAUSE is before the Court on the Report and Recommendation (Doc. 20), recommending that the Case Management Report (Doc. 13) be accepted and a Case Management and Scheduling Order be issued.

      After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 20) is **ADOPTED** and made a part of this Order.

2. A Case Management and Scheduling Order will be issued separately.

**DONE** and **ORDERED** in Orlando, Florida on September 12, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party