UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**EVELYN MARTINEZ,**

    **Plaintiff,**

v.                                              **Case No. 6:24-cv-806-CEM-RMN**

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint ("Motion," Doc. 26), to which Plaintiff filed a Response (Doc. 27). The United States Magistrate Judge issued a Report and Recommendation (Doc. 28), recommending that the Motion be granted, (*id.* at 7).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition regarding the Motion to Dismiss is accepted. Additionally, the Court will stay the deadlines in the Case Management and Scheduling Order pending the filing of Plaintiff's Amended Complaint and will issue an amended Case Management and Scheduling Order thereafter. As such, Defendant's Unopposed Motion for Settlement Conference (Doc. 29) will be denied without prejudice.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 28) is **ADOPTED** and made a part of this Order.

2. The Motion to Dismiss (Doc. 26) is **GRANTED.**

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice.**

4. **On or before October 2, 2025,** Plaintiff may file an Amended Complaint. Failure to do so will result in the dismissal of this case with prejudice without further notice.

5. The deadlines set forth in the Case Management and Scheduling Order are **STAYED** pending further order of the Court.

6. Defendant's Unopposed Motion for Settlement Conference (Doc. 29) is **DENIED without prejudice.**

**DONE** and **ORDERED** in Orlando, Florida on October 30, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party